UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON RIVERA,

    Plaintiff,

v.                                                CASE NO.: 8:19-cv-02440-MSS-TGW

FIRST PREMIER BANK,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Jason Rivera, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on March 10, 2020, which will serve an electronic copy upon all parties of record.

    Respectfully submitted,

    */s/ Amanda J. Allen, Esq.*
    **Amanda J. Allen, Esquire**
    Florida Bar No. 0098228
    THE CONSUMER PROTECTION FIRM, PLLC
    4030 Henderson Boulevard
    Tampa, FL 33629
    Tele: (813) 500-1500
    Fax:  (813) 435-2369
    Amanda@TheConsumerProtectionFirm.com
    Shenia@TheConsumerProtectionFirim.com
    *Attorney for Plaintiff*