UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON RIVERA,

    Plaintiff,

v.                                Case No: 8:19-cv-2440-MSS-TGW

PREMIER BANKCARD, LLC,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 13), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 11th day of March, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party